Case 8:26-cv-01382-KKM-AEP   Document 33   Filed 07/17/26   Page 1 of 4 PageID 297

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

RASHEIA JAMES,

      Plaintiff,

v.

EQUIFAX INFORMATION           Case No. 8:26-cv-01382-KKM-AEP
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.
and TRANS UNION, LLC

      Defendants.

---

### DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Trans Union, LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint, and would respectfully show the Court as follows:

1.      TransUnion's responsive pleading is due on July 20, 2026.

2.      Plaintiff does not oppose an extension of Trans Union's time to Answer the Second Amended Complaint. Trans Union files this Motion consistent with its agreement with Plaintiffs and further files this Motion respectfully requesting the Court for an extension of time to file its responsive pleading for twenty (20) days, to August 10, 2026.

3.     The Motion is not for delay.

4.     This is Trans Union's first extension of time, and the requested extension does not prejudice the parties.

5.     For the foregoing reasons, the parties request that the Court issue an order extending the date to August 10, 2026, on which Trans Union must answer or otherwise respond to Plaintiff's Complaint.

Dated: July 17, 2026                    Respectfully submitted,

                                        **BUCHANAN INGERSOLL & ROONEY PC**
                                        Truist Place
                                        401 E. Jackson Street, Suite 2400
                                        Tampa, FL 33602-5236
                                        Telephone: 305-347-5720

                                        By: */s/ Meghan E. Fleming*
                                        Christian C. Kohlsaat, Esq.
                                        Florida Bar No. 117795
                                        christian.kohlsaat@bipc.com
                                        Meghan E. Fleming, Esq.
                                        Florida Bar No. 1075385
                                        meghan.fleming@bipc.com

                                        *Attorneys for Defendant Trans Union, LLC*

2

# <u>CERTIFICATE OF CONFERENCE</u>

The undersigned attorney hereby certifies that on July 17, 2026, counsel for

Trans Union conferred with counsel for Plaintiff regarding the relief requested in

this Motion, and Plaintiff is unopposed.

*/s/ Christian C. Kohlsaat*

Christian C. Kohlsaat

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July 2026, I filed a true and correct copy of the foregoing through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Meghan E. Fleming
Meghan E. Fleming (FBN 1075385)